**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTINA WARNARS,         Plaintiff, | ) No. CV 25-10766-DMG (SK) |
| vs. | ) **JUDGMENT OF REMAND** |
| FRANK BISIGNANO, Commissioner of Social Security,         Defendant. | ) |

The Court, having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: June 15, 2026

_____
DOLLY M. GEE
Chief United States District Judge

-1-