UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION – LOS ANGELES

CRISTINA WARNARS,

Plaintiff,

vs.

FRANK BISIGNANO,
Commissioner of Social Security,

Defendant.

CASE NO. CV 25-10766-DMG (SK)

**ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) [19]**

Pursuant to the parties' Stipulation for the Award of Attorney Fees Pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. section 2412(d) [Doc. # 19], IT IS HEREBY ORDERED that attorney fees under EAJA, in the amount of NINE THOUSAND FIVE HUNDRED DOLLARS ($9,500.00), are awarded to Plaintiff, subject to the terms of the Stipulation.

DATED: September 10, 2026

HON. STEVE KIM
U.S. Magistrate Judge